# In the United States Court of Federal Claims

No. 03-2221C

Filed: October 24, 2006

| | |
|---|---|
| ST. CHRISTOPHER ASSOCIATES, L.P., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant, | * |

## ORDER

Pursuant to the parties' request, the court will hold oral arguments on the Plaintiff's and Government's Cross-Motions for Summary Judgment on December 8, 2006 at 10 a.m. Proceedings will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**