# In the United States Court of Federal Claims

**No. 03-2221 C**

**ST. CHRISTOPHER ASSOCIATES, L.P.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Final Order, filed December 29, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the Government.

Brian Bishop
Clerk of Court

**December 29, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.