ORIGINAL

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
FEB 22 2007
U.S. COURT OF
FEDERAL CLAIMS

ST. CHRISTOPHER ASSOCIATES, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No.: 03-2221C
Judge Braden

## NOTICE OF APPEAL

Notice is hereby given that St. Christopher Associates, L.P., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on December 29, 2006.

Harry J. Kelly, Esq.
NIXON PEABODY LLP
401 Ninth Street, N.W.
Suite 900
Washington, D.C. 20004
(202) 585-8712

Dated: February 22, 2007

Counsel for the Plaintiff-Appellant

RECEIVED
OVER THE COUNTER
FEB 22 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22 day of February, 2007, two true and correct copies of the foregoing Notice of Appeal were served by U.S. Postal Service, first class mail, postage prepaid (with confirming copy by telecopier) to:

Sheryl Floyd
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Harry J. Kelly