ORIGINAL

# United States Court of Appeals for the Federal Circuit

FILED
MAR 3 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5069

ST. CHRISTOPHER ASSOCIATES, L.P.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## JUDGMENT

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 03-CV-2221

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED.

ENTERED BY ORDER OF THE COURT

DATED JAN - 9 2008

Jan Horbaly, Clerk

Issued as Mandate: MAR - 3 2008

COSTS:

Printing.................................... $ 483.36

Total.............................. $ 483.36

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Valerie [signature] Date: 3/3/08

RECEIVED
JAN 10 2008
United States Court of Appeals For The Federal Circuit

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN 10 2008
JAN HORBALY CLERK

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 2007-5069 Caption: St. Christopher Associates, L.P. v. The United States

The Clerk is requested to tax the following costs against: Harry J. Kelly, Esq.

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Total Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | xxxxx | 6.00 | 6.00 | | |
| Table or Compilation of Designated Materials (copying and collating) | xxxxx | xxxxx | 0.08 | 0.08 | | |
| Brief (original) | xxxxx | 62 | 6.00 | 6.00 | 372.00 | – 372.00 |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | – 32.00 |
| Brief (copying and collating) | 16 | 62 | 0.08 | 0.08 | 79.36 | – 79.36 |
| Appendix (original - table of contents) | xxxxx | N/A | 6.00 | 6.00 | | |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | |
| Appendix (copying and collating) | 16 | N/A | 0.08 | 0.08 | | |
| Reply Brief (original) | xxxxx | N/A | 6.00 | 6.00 | | |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Other (describe):2 Letter Briefs w/attachments | N/A | N/A | 0.08 | 0.08 | | |
| GRAND TOTALS | | | | | $483.36 | – 483.36 |

3/3/08

City/County of Washington, District of Columbia

I, Sheryl Floyd, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: Sheryl Floyd Date: 1/10/08 Attorney for: The United States, Appellee

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Date: 3/3/08

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 10th day of January 2008, I caused to be placed in the United States mail (first-class, postage pre-paid) copies of "BILL OF COSTS" addressed as follows:

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 9th Street, NW
Suite 900
Washington, DC 20004-2128

[signature]